UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re Ex Parte* Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. |

### DECLARATION OF SUHANA S. HAN

SUHANA S. HAN hereby declares under penalty of perjury as follows:

1. I am admitted to practice in the United States District Court for the Southern District of New York and am a member of the law firm Sullivan & Cromwell LLP, counsel to Porsche Automobil Holding SE ("PSE") in the above-captioned action. I submit this Declaration in support of PSE's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Chart setting forth the entities from whom discovery is sought in PSE's 28 U.S.C. § 1782 application ("Respondents"); their relationship to certain plaintiffs in a civil suit now pending before the Higher Regional Court of Stuttgart; and their business addresses. | Exhibit A |
| Proposed subpoena, to be served in substantially the same form on each Respondent, for the production of documents. | Exhibit B |
| Proposed subpoena, to be served in substantially the same form on each Respondent, for deposition testimony. | Exhibit C |
| Elliott Associates, L.P. Schedule 13D, dated Sept. 22, 2017. | Exhibit D |
| Elliott Management Corp. Form ADV, dated July 16, 2018. | Exhibit E |

-2-

| | |
|---|---|
| Elliott Management Corporation Website, *About Elliott*, https://www.elliottmgmt.com/about-elliott/ (last visited Apr. 4, 2019). | Exhibit F |
| Excerpts from PSE, Annual Report: 2017, dated Mar. 20, 2018. | Exhibit G |
| Declaration of Dr. Markus Meier in Support of *Ex Parte* Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Exhibit H |

Executed on April 5, 2019 in New York, New York.

/s/ Suhana S. Han
Suhana S. Han
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
HanS@sullcrom.com

*Counsel for Applicant Porsche Automobil Holding SE*