# Exhibit A

## List of Respondents

| | Name | Principal Place of Business | Relationship to Plaintiffs | Source(s) |
|---|---|---|---|---|
| 1. | Elliott Associates, L.P. | 40 West 57th Street, New York, NY 10019 | Managing member and sole member of German Plaintiff Gateshead (Japan) LLC. | Han Decl. Ex. D at 1, 5, 9 (Elliott Associates, L.P. Schedule 13D, dated Sept. 22, 2017). |
| 2. | Elliott Capital Advisors, L.P. | 40 West 57th Street, New York, NY 10019 | General partner of Elliott Associates, L.P., the managing member and sole member of German Plaintiff Gateshead (Japan) LLC. | Han Decl. Ex. D at 5, 9, 11 (Elliott Associates, L.P. Schedule 13D, dated Sept. 22, 2017); Han Decl. Ex. E at E-026-27 (Elliott Management Corp. Form ADV, dated July 16, 2018). |
| 3. | Elliott International Capital Advisors Inc. | 40 West 57th Street, New York, NY 10019 | Investment manager and advisor to Elliott International, L.P., the owner of German Plaintiff Greenwich (Japan) Limited. | Han Decl. Ex. D at 5, 7, 10 (Elliott Associates, L.P. Schedule 13D, dated Sept. 22, 2017); Han Decl. Ex. E at E-045-46, 84 (Elliott Management Corp. Form ADV, dated July 16, 2018). |
| 4. | Elliott Management Corporation | 40 West 57th Street, 4th Floor, New York, NY 10019 | Investment advisor to Elliott Associates, L.P., the managing member and sole member of German Plaintiff Gateshead (Japan) LLC; investment advisor to Elliott International, L.P., the owner of German Plaintiff Greenwich (Japan) Limited. | Han Decl. Ex. D at 1, 9-10 (Elliott Associates, L.P. Schedule 13D, dated Sept. 22, 2017); Han Decl. Ex. E at E-001, E-026-27, E-045-46 (Elliott Management Corp. Form ADV, dated July 16, 2018); Han Decl. Ex. F (Elliott Management Corporation Website, *About Elliott*, last visited Apr. 4, 2019). |