# Exhibit F



# Founded in 1977

Elliott Management Corporation is one of the oldest fund managers of its kind under continuous management.

As of January 1, 2019, Elliott manages approximately $34 billion in assets under management. The firm employs a staff of 464 people, including 168 investment professionals, in its New York headquarters and affiliated offices elsewhere in the United States, London, Hong Kong, and Tokyo.

## Culture

The firm culture emphasizes thoroughness, hard work, creativity, and tenacity. Elliott trades in securities across the capital structure and often will take a leading role in event-driven situations to create value or manage risk.

## Focus

There are a number of elements of the firm's investment and risk-management activities that Elliott believes are essential to its goal of generating a consistent return to its investors. These elements include an opportunistic trading approach, the creation – not just the identification – of value, effective liquidity management, and managing operational and counterparty risk. The firm employs a value-added global investment approach.

**DISCLAIMER** | **RELATED SITES**

©2019 Elliott Management Corporation. All rights reserved.

