# Exhibit G

PORSCHE SE

Annual Report

2017

**Key figures**

|  |  | **2017**<br>**IFRS** | 2016<br>IFRS | 2015<br>IFRS |
|---|---|---|---|---|
| **Porsche SE Group** |  |  |  |  |
| Total assets | € million | 31,696 | 28,365 | 27,591 |
| Shareholders' equity | € million | 31,410 | 27,894 | 27,077 |
| Investments accounted for at equity | € million | 30,354 | 26,760 | 25,574 |
| Profit/loss from investments accounted for at equity | € million | 3,410 | 1,449 | −471 |
| Revenue | € million | 34[1] | 1 | 0 |
| Personnel expenses | € million | 31[1] | 12 | 15 |
| Financial result | € million | −8 | −20 | 19 |
| Profit/loss before tax | € million | 3,352 | 1,382 | −491 |
| Profit/loss for the year | € million | 3,332 | 1,374 | −308 |
| Earnings per ordinary share[2] | € | 10.87 | 4.48 | −1.01 |
| Earnings per preference share[2] | € | 10.88 | 4.49 | −1.00 |
| Net liquidity on 31 December | € million | 937 | 1,299 | 1,704 |
| Employees on 31 December |  | 823[1] | 30 | 32 |

|  |  | **2017**<br>**HGB** | 2016<br>HGB | 2015<br>HGB |
|---|---|---|---|---|
| **Porsche SE** |  |  |  |  |
| Net profit/loss | € million | 235 | −70 | 871 |
| Net profit available for distribution | € million | 538 | 308 | 436 |
| Dividend per ordinary share | € | 1.754[3] | 1.004 | 1.004 |
| Dividend per preference share | € | 1.760[3] | 1.010 | 1.010 |

[1] Affected by the acquisition of PTV Group
[2] Basic and diluted
[3] Proposal to the annual general meeting of the Porsche SE

**Investments of Porsche SE**

# PORSCHE SE

**Core Investment**

Stake of ordinary shares: 52.2 %
(Represents a stake of subscribed capital: 30.8 %)

# VOLKSWAGEN
AKTIENGESELLSCHAFT

   
Volkswagen — Audi — SEAT — ŠKODA

   
Bentley — Bugatti — Lamborghini — Porsche

   
Ducati — Volkswagen Commercial Vehicles — Scania — MAN

**VOLKSWAGEN FINANCIAL SERVICES**
AKTIENGESELLSCHAFT

**Further Investments**

PTV GROUP

Minority stakes

INRIX — Markforged — SEURAT TECHNOLOGIES

Status 20 March 2018

**Porsche SE preference share: basic data**

| | |
|---|---|
| ISIN | DE000PAH0038 |
| WKN | PAH003 |
| Stock codes | PSHG_p.DE, PAH3:GR |
| Stock exchange | All German stock exchanges |
| Trading segment | General Standard |
| Sector | Automotive |
| Key Indices | CDAX, General All Share, MSCI Euro Index, STOXX Europe 600 Index, STOXX All Europe 800, EURO STOXX Auto & Parts |
| Subscribed capital[1] | €306,250,000 |
| Denomination | 153,125,000 ordinary and preference shares respectively |
| Class of shares | No-par value bearer shares |

[1] Of which half as ordinary shares

### Shareholder composition

Porsche SE's subscribed capital in the form of no-par value bearer shares comprises 153,125,000 ordinary shares and 153,125,000 non-voting preference shares, each share arithmetically representing a 1 euro notional value of the share capital.

More than half of the preference shares are held by institutional investors, the majority of which are based outside of Germany. Private investors in Porsche SE's preference shares are largely based in Germany.