# Exhibit A

# PORSCHE SE

Annual Report

2018



## Porsche SE acquires further ordinary shares in Volkswagen AG

Porsche SE holds the majority of the ordinary shares in Volkswagen AG as a core investment, sees itself as a long-term anchor investor that acts strategically and is also still convinced of the Volkswagen Group's potential for increasing value added. Between early December 2018 and 6 March 2019, Porsche acquired a total of 0.7% of the ordinary shares in Volkswagen AG for €309 million via capital market transactions, of which 0.2% or €86 million relates to the period up to the reporting date. As of 31 December 2018 and 6 March 2019, Porsche SE held 52.4% and 52.9% of the ordinary shares in Volkswagen AG, respectively. This step is another demonstration of the company's clear commitment to Volkswagen.

## Significant developments and current status relating to litigation risks and legal disputes

For several years, Porsche SE has been involved in various legal proceedings. The main developments of the legal proceedings are described in the following:

**Legal proceedings and legal risks in connection with the expansion of the investment in Volkswagen AG**

A model case according to the Capital Markets Model Case Act (KapMuG) against Porsche SE is pending with the Higher Regional Court of Celle. Subject of those actions are alleged damage claims based on alleged market manipulation and alleged inaccurate information in connection with Porsche SE's acquisition of the shareholding in Volkswagen AG. In part these claims are also based on alleged violations of antitrust regulations. The model case has been initiated by an order of reference of the Regional Court of Hanover dated 13 April 2016 that followed applications for establishment of a model case by the plaintiffs of four out of six proceedings pending before the Regional Court of Hanover. On 11 May 2016 the Regional Court of Hanover suspended all six proceedings pending before it against Porsche SE up until a final decision about the establishment objectives determined by it in the model case before the Higher Regional Court of Celle. The suspended proceedings concern six legal actions of a total of 40 plaintiffs asserting alleged claims for damages of about €5.4 billion (plus interest). By decision dated 12 January 2017, the Higher Regional Court of Celle extended the KapMuG-based order of reference by additional establishment objectives. The first trial date took place on 12 October 2017. At this date the Higher Regional Court of Celle signalized that it intends to

3

## List of shareholdings of the group as of 31 December 2018

| | Share in capital as of 31/12/2018 | Currency | FX rate 1 € = | Equity in local currency | Result in local currency |
|---|---|---|---|---|---|
| | % | | | thousand | thousand |
| **Fully consolidated entities** | | | | | |
| **Germany** | | | | | |
| Porsche Beteiligung GmbH, Stuttgart | 100.0 | EUR | - | 42,785 | 0[1] |
| Porsche Zweite Beteiligung GmbH, Stuttgart | 100.0 | EUR | - | 315,024 | 0[1] |
| Porsche Dritte Beteiligung GmbH, Stuttgart | 100.0 | EUR | - | 9,824 | 0[1] |
| Porsche Vierte Beteiligung GmbH, Stuttgart | 100.0 | EUR | - | 24 | 0[1] |
| PTV Planung Transport Verkehr AG, Karlsruhe | 99.9 | EUR | - | 28,553 | −356 |
| DDS Digital Data Services GmbH, Karlsruhe | 100.0 | EUR | - | 413 | 257 |
| PTV Transport Consult GmbH, Karlsruhe | 100.0 | EUR | - | 3,775 | 338 |
| Transport Technologie-Consult Karlsruhe GmbH, Karlsruhe | 51.0 | EUR | - | 934 | 110 |
| **International** | | | | | |
| Locatienet B.V., Utrecht | 92.2 | EUR | - | 155 | 86 |
| PTV Africa (Pty) Ltd., Johannesburg | 100.0 | ZAR | 16.4669 | 251 | 534 |
| PTV America Holding Inc., Portland, Oregon | 100.0 | USD | 1.1453 | −2,365 | −203 |
| PTV America Inc., Portland, Oregon | 100.0 | USD | 1.1453 | −2,609 | −1,008 |
| PTV América Latina, S.A. de C.V., Mexico City | 99.0 | MXN | 22.5204 | −7,273 | −2,231 |
| PTV Asia-Pacific Pte, Ltd., Singapore | 100.0 | SGD | 1.5594 | 1,568 | −90 |
| PTV Asia-Pacific Pty, Ltd., Sydney | 100.0 | AUD | 1.6224 | −662 | −232 |
| PTV Austria Planung Transport Verkehr GmbH, Vienna | 100.0 | EUR | - | 805 | 370 |
| PTV België B.V.B.A., Ypern | 100.0 | EUR | - | 68 | 12 |
| PTV CEE Sp. z.o.o., Warsaw | 100.0 | PLN | 4.2978 | 310 | 1,071 |
| PTV do Brasil Ltda., São Paulo | 100.0 | BRL | 4.4449 | 293 | 5 |
| PTV France Sàrl, Strasbourg | 100.0 | EUR | - | 570 | 237 |
| PTV Italia Logistics S.r.l., Perugia | 51.0 | EUR | - | 853 | 280 |
| PTV Japan Ltd., Tokyo | 100.0 | JPY | 125.9100 | −31,908 | −48,774 |
| PTV Loxane SAS, Cergy | 100.0 | EUR | - | 1,155 | 454 |
| PTV MENA Region DMCC, Dubai | 100.0 | AED | 4.2067 | −11,600 | −10,382 |
| PTV MENA Region WLL, Doha | 49.0 | QAR | 4.1697 | −353 | −80 |
| PTV MENA Region Transport Technology Solution L.L.C, Abu Dhabi | 49.0 | AED | 4.2067 | 1,867 | 119 |
| PTV Nederland B.V., Utrecht | 100.0 | EUR | - | 1,529 | 1,269 |
| PTV Nordics AB, Göteborg | 100.0 | SEK | 10.2507 | 1,629 | 598 |
| PTV Software Technology (Shanghai) Co., Ltd., Shanghai | 100.0 | CNY | 7.8773 | 3,472 | 1,637 |
| PTV Traffic Technology (Shanghai) Co., Ltd., Shanghai | 100.0 | CNY | 7.8773 | 5,857 | 282 |
| PTV Traffic and Transportation Software, S.L., Barcelona | 100.0 | EUR | - | −44 | 9 |

132

| | Share in capital as of 31/12/2018 | Currency | FX rate 1 € = | Equity in local currency | Result in local currency |
|---|---|---|---|---|---|
| | % | | | thousand | thousand |
| **Fully consolidated entities** | | | | | |
| PTV Transworld Holding B.V., Utrecht | 100.0 | EUR | - | −15 | −13 |
| PTV Truckparking B.V., Utrecht | 100.0 | EUR | - | −782 | −112 |
| PTV Truckparking LLC, Arlington, Virginia | 100.0 | USD | 1.1453 | −80 | −40 |
| PTV UK Ltd., Birmingham | 100.0 | GBP | 0.8969 | 392 | −109 |
| PTV UK Holding Ltd., Halesowen | 100.0 | GBP | 0.8969 | 815 | 316 |
| PTV Distribution Planning Software Ltd., Halesowen | 100.0 | GBP | 0.8969 | 111 | −12 |
| SISTeMA Soluzioni per l'Ingegneria dei Sistemi di Trasporto e l'infoMobilitÀ S.r.l., Rome | 98.0 | EUR | - | 2,364 | 430 |
| **Associates** | | | | | |
| **Germany** | | | | | |
| Volkswagen Aktiengesellschaft, Wolfsburg | 30.9[2] | EUR | - | 33,089,781 | 4,619,628 |
| VIB Verkehrsinformationsagentur Bayern GmbH i.L., Munich[5,6] | 49.0 | EUR | - | 137 | −95 |
| European Center for Information and Communication Technologies - EICT GmbH, Berlin[6] | 20.0 | EUR | - | 1,259 | −3 |
| **International** | | | | | |
| INRIX Inc., Kirkland, Washington[3] | 11.7 | USD | 1.1453 | −32,568 | −18,858 |
| Mygistics Inc., Kansas City, Missouri | 30.0 | USD | 1.1453 | [4] | [4] |

[1] Profit and loss transfer agreement with Porsche SE
[2] Diverging from the capital share, the share in voting rights is 52.4% as of the reporting date
[3] Consolidated figures taken from the 2017 consolidated financial statements
[4] No data available
[5] Diverging fiscal year
[6] Figures taken from the 2016 financial statements

An alternative investment fund is also fully consolidated.

Porsche Beteiligung GmbH, Porsche Zweite Beteiligung GmbH, Porsche Dritte Beteiligung GmbH and Porsche Vierte Beteiligung GmbH satisfied the conditions of Sec. 264 (3) HGB and make use of the exemption from the requirement to publish financial statements.

**Changes in the reporting period**
In the period from the beginning of December and the reporting date, Porsche SE acquired a total of 0.2% of the ordinary shares in Volkswagen AG via the capital market, increasing Porsche SE's shareholding in the ordinary share capital of Volkswagen AG to 52.4% (prior year: 52.2%). The share held in the subscribed capital of Volkswagen AG increased to 30.9% (prior year: 30.8%). For information on the acquisition of further ordinary shares in Volkswagen AG after the reporting date, reference is made to note [25].