# EXHIBIT A



STARTSEITE  AKTUELLES  PRESSEINFORMATIONEN

# Anklage im Diesel-Skandal
PRESSEINFORMATION VOM 15.04.2019

Die Staatsanwaltschaft Braunschweig hat nach Teilabschluss ihrer Ermittlungen im NoX-Verfahren zum sogenannten „Diesel-Skandal" Anklage gegen fünf Beschuldigte vor der Wirtschaftsstrafkammer des Landgerichts Braunschweig erhoben. Unter ihnen befindet sich auch der ehemalige Vorstandsvorsitzende Dr. Winterkorn.

Vorgeworfen wird den jeweils als Führungskräften eingestuften Personen eine in einer einzigen strafbaren Handlung verwirklichte Mehrzahl von Straftatbeständen, insbesondere ein besonders schwerer Fall des Betruges und ein Verstoß gegen das Gesetz gegen den unlauteren Wettbewerb. Darüber hinaus ist für einige der Angeschuldigten der für eine Anklage erforderliche hinreichende Tatverdacht bejaht worden, sich als Täter oder Teilnehmer wegen Untreue, Steuerhinterziehung und mittelbarer Falschbeurkundung strafbar gemacht zu haben. Der Tatzeitraum erstreckt sich auf die Zeit zwischen dem 15.11.2006 und dem 22.9.2015, die individuellen Tatzeiten der Angeschuldigten sind unterschiedlich lang.

Dem ehemaligen Vorstandsvorsitzenden Dr. Martin Winterkorn wird tateinheitlich ein besonders schwerer Fall des Betruges, ein Verstoß gegen das Gesetz gegen den unlauteren Wettbewerb sowie eine Untreue vorgeworfen, weil er es seit dem 25.5.2014 als „Garant" unterlassen habe, nach Kenntnis der rechtswidrigen Manipulationen an Diesel-Motoren diese gegenüber den zuständigen Behörden in Europa und den USA sowie gegenüber den Kunden offen zu legen und den weiteren Einbau der sogenannten „Abschalteinrichtungen" als auch den Vertrieb der Fahrzeuge mit diesem „defeat device" zu untersagen. Hierdurch sei es am Ende sowohl in Deutschland als auch den USA zu der Verhängung deutlich höherer Geldbußen gegen die Volkswagen AG gekommen.

Zudem, so der Vorwurf der Anklage, habe der Konzern mit Wissen und Billigung auch des Angeschuldigten Dr. Winterkorn im November 2014 ein Softwareupdate mit Kosten von 23 Millionen Euro durchgeführt, das nutzlos war und dazu dienen sollte, den wahren Grund für die erhöhten Schadstoffwerte im Normalbetrieb der Fahrzeuge weiterhin zu verschleiern.

<u>Kurz zum Hintergrund</u>:

Für den Betrieb von Kraftfahrzeugen mit Dieselmotoren sind weltweit Abgasnormen entwickelt worden. Diese Vorschriften sollen die Gesundheit der Menschen und die Umwelt vor schädlichen Fahrzeugabgasen schützen. Daher sind bei neuen Kraftfahrzeugen Grenzwerte für den Ausstoß von Schadstoffen festgelegt worden. Diese werden unter standardisierten Messbedingungen auf Fahrzeugprüfständen festgestellt.

Durch die Abgasnormen untersagt ist die Nutzung sogenannter Abschalteinrichtungen (englisch : „defeat devices"), mit deren Hilfe ein Dieselfahrzeug im Prüfmodus weniger Abgase abgibt als später im normalen Fahrbetrieb des Kunden.

Entgegen dieser Vorgaben ist in den Motorsteuergeräten der VW-Dieselmotoren vom Typ EA 189 und EA 288 (Gen 3 USA) eine Software-Funktion eingebaut worden, die einen Emissionstest erkennt und die Funktion des Systems im Testmodus in einer Weise manipuliert hat, dass die Stickoxidemissionen (NOx) im Testbetrieb stets unterhalb der gesetzlichen Grenzwerte verblieben, obgleich diese im nachfolgenden Normalbetrieb der Fahrzeuge durch die Käufer die gesetzlichen Grenzwerte zum Teil sogar deutlich überstiegen. Aufgrund der manipulierten Testergebnisse sind jeweils Fahrzeuggenehmigungen durch die zuständigen (und getäuschten) Behörden erteilt worden, die in Kenntnis der wahren Emissionswerte nicht erfolgt wären.

Die Existenz dieser illegalen Abschalteinrichtung sei in der Folge unter zeitlich und inhaltlich unterschiedlicher Mitwirkung der Angeschuldigten bewusst verschwiegen worden, um den steigenden Anforderungen an geringen Schadstoffausstoß bei Dieselfahrzeugen scheinbar zu entsprechen und VW die bestehenden Marktanteile zu erhalten bzw. diese zum Wohl des Konzerns und der Angeschuldigten selbst noch zu vergrößern. Zu diesem Zweck sind die entsprechenden Dieselfahrzeuge offensiv und wahrheitswidrig als besonders schadstoffarm und umweltfreundlich beworben worden. In Deutschland, Europa und den USA wurden in den Folgejahren insgesamt 9.058.621 in Wahrheit nicht zulassungsfähige Fahrzeuge der Marken VW, Audi, Seat und Skoda in den Verkehr gebracht und verbotswidrig zum Straßenverkehr zugelassen. Die irreguläre Abschalteinrichtung sei zudem stets weiter entwickelt und verfeinert worden.

Aufgrund der bewusst wahrheitswidrigen Behauptung, die betroffenen Dieselfahrzeuge erfüllten als „sauberster Diesel seiner Klasse" auch die Norm Euro 6, Kategorie N, kamen Käufer jener Fahrzeuge von 2011 bis 2013 zudem in den Genuss einer befristeten Steuerbefreiung von maximal 150 Euro, die mangels Vorliegen der Voraussetzungen ebenfalls nicht gerechtfertigt war.

Den Angeschuldigten wird in der Anklage insbesondere vorgeworfen, „kraft ihres überlegenen Wissens" über die Verwendung der Abschalteinrichtung wissentlich und willentlich bewirkt zu haben, dass die Ersterwerber der Fahrzeuge bei Vertragsschluss und Kaufpreiszahlung über die Zulassungsfähigkeit getäuscht wurden und das von ihnen gekaufte Fahrzeug wesentlich weniger wert war als die vereinbarte und geschuldete Leistung.

Die Angeschuldigten hätten in dem Bestreben gehandelt, dem Unternehmen möglichst hohe Verkaufszahlen mit einem möglichst hohen Gewinn zu verschaffen. Von dem wirtschaftlichen Erfolg des Unternehmens hing letztlich auch das Einkommen der Angeschuldigten, insbesondere deren vertraglich vorgesehene Bonuszahlung, ab.

Der Strafrahmen des den Angeschuldigten vorgeworfenen Betruges im besonders schweren Fall (gewerbsmäßiges Handeln und das Herbeiführen eines Vermögensverlustes großen Ausmaßes) beträgt sechs Monate bis zu zehn Jahren Freiheitsstrafe.

Die durch die Tat von den Angeschuldigten jeweils unrechtmäßig erlangten Bonuszahlungen sollen diesen im Strafverfahren wieder entzogen werden. Es handelt sich dabei um Beträge zwischen knapp 300 000 Euro bis hin zu knapp elf Millionen Euro.

Das zuständige Landgericht Braunschweig wird die 692 Seiten starke Anklageschrift und den in 300 Aktenbänden mit rund 75 000 Seiten dargelegten hinreichenden Tatverdacht gegen die Angeschuldigten nunmehr prüfen, schließlich über die Zulassung der erhobenen Anklage entscheiden und im Falle der Zulassung Termine zur Hauptverhandlung bestimmen. Angesichts des außerordentlich großen Umfanges der Ermittlungen und ihrer Ergebnisse kann und wird über die Dauer dieser gerichtlichen Prüfung keine Prognose möglich sein.

### Artikel-Informationen

Ansprechpartner/in:
Oberstaatsanwalt Klaus Ziehe

Staatsanwaltschaft Braunschweig
Pressesprecher
Turnierstraße 1
38100 Braunschweig
Tel: 0531 488-1108

E-Mail an Ansprechpartner/in

Die staatsanwaltlichen Ermittlungen gegen die übrigen 36 Beschuldigten des NOx-Verfahrens dauern an. Der Zeitpunkt ihres Abschlusses ist offen.

**Für die fünf Angeschuldigten gilt bis zu einer rechtskräftigen Verurteilung die Unschuldsvermutung. Es wird um Verständnis gebeten, dass über diese Mitteilung hinaus weitere Einzelheiten zu den konkreten Tatvorwürfen gegen die Angeschuldigten insgesamt aus Gründen des Persönlichkeitsschutzes und der Unschuldsvermutung nicht genannt werden können. Darüber hinaus würden Angaben zum genauen Inhalt der Beteiligung der neben Herrn Dr. Winterkorn angeklagten Personen geeignet sein, Schlüsse auf deren Identität zu ermöglichen.**

**Den bildversendenden Medien wird am heutigen Tage um 15 Uhr in den Räumen der Staatsanwaltschaft Braunschweig, Turnierstraße 1, Gelegenheit zu Kameraaufnahmen im Inhalt und Umfang dieser Pressemitteilung im Rahmen eines Statements gegeben. Ein Pressegespräch oder eine Pressekonferenz finden aus den vorstehend dargelegten Gründen nicht statt.**

Drucken

### Wir über uns

Grußwort
Behörden- und Geschäftsleitung
Zuständigkeit
Datenschutz
Impressum
Sitemap

### Aktuelles

Presseinformationen
Pressekontakte
Aboservice

### Service

Justizportal
Barrierefreiheit
Formulare und Merkblätter

### Kontakt

### Karriere



Bildrechte    Datenschutz    Inhaltsverzeichnis

zum Seitenanfang

zur mobilen Ansicht wechseln

**Public prosecutor**
**Braunschweig**



**Lower Saxony**

HOME PAGE     CURRENT     PRESS INFORMATION

## Indictment in the Diesel scandal
**PRESS INFORMATION FROM 04/15/2019**

**Article information**
Contact Person
Klaus Ziehe, Chief Public Prosecutor
Office of the Braunschweig public prosecutor
Press officer
Turnierstraße 1
38100 Braunschweig
Tel.: 0531 488-1108

E-mail of the contact person

The public prosecutor's office in Braunschweig has indicted five suspects before the Economic Council Chamber of the Regional Court of Braunschweig after the partial conclusion of their investigations in the NoX proceedings on the so-called "Diesel scandal". Among them is the former CEO, Dr. Winterkorn.

The persons classified as managers are accused of having committed a number of criminal offenses in a single criminal act, in particular a particularly serious case of fraud and a violation of the law against unfair competition. In addition, for some of the accused, the sufficient suspicion required for an indictment was affirmed that they had made themselves a criminal offender or participant for breach of trust, tax evasion and indirect false certification. The period of the offense extends to the time between November 15, 2006 and September 22, 2015; the individual offense times of the accused are of different lengths.

Former CEO Dr. Martin Winterkorn is accused of a particularly serious case of fraud, a violation of the law against unfair competition and breach of trust, because he failed as a "guarantor" since May 25, 2014, after knowing the illegal manipulations of diesel engines to disclose to the responsible authorities in Europe and the USA as well as to customers and to prohibit the further installation of the so-called "defeat devices" as well as the sale of vehicles with this "defeat device". In the end, this resulted in significantly higher fines being imposed on Volkswagen AG in both Germany and the USA.

In addition, the accusation of the prosecution, with the knowledge and approval of the accused Dr. Winterkorn carried out a software update in November 2014 at a cost of 23 million euros, which was useless and was intended to continue to conceal the real reason for the increased levels of pollutants in normal vehicle operation.

Background summary:

Exhaust gas standards have been developed worldwide for the operation of motor vehicles with diesel engines. These regulations are designed to protect people's health and the environment from harmful vehicle emissions. For this reason, limit values have been set for the emission of pollutants in new motor vehicles. These are determined under standardized measurement conditions on vehicle test benches.

Exhaust gas standards prohibit the use of so-called defeat devices, with the help of which a diesel vehicle emits fewer exhaust gases in test mode than later in the normal operation of the customer.

Contrary to these specifications, a software function has been built into the engine control units of EA 189 and EA 288 (Gen 3 USA) type VW diesel engines that recognize an emissions test and manipulated the function of the system in test mode in such a way that the nitrogen oxide emissions (NOx) always remained below the legal limit values in the test operation, although in some cases they even significantly exceeded the legal limit values in the subsequent normal operation of these vehicles by the buyer. Based on the manipulated test results, vehicle approvals were issued by the responsible (and deceived) authorities, which would not have been granted if they had been aware of the true emission values.

The existence of this illegal shutdown device was subsequently deliberately concealed with the involvement of the accused at different times and in terms of content, in order to apparently meet the increasing requirements for low pollutant emissions from diesel vehicles and for VW to maintain and even to increase its existing market share for the benefit of the group and the accused. To this end, the corresponding diesel vehicles were aggressively and untruthfully advertised as being particularly low in pollutants and environmentally friendly. In Germany, Europe and the USA, a total of 9,058,621 vehicles of the VW, Audi, Seat and Skoda brands that were not actually approved were brought into circulation and illegally licensed for use on the road in the following years. The irregular defeat device has also been continuously developed and refined.

Due to the deliberately untruthful assertion that the diesel vehicles concerned also met the Euro 6, category N standard as the "cleanest diesel in its class", buyers of those vehicles from 2011 to 2013 also benefited from a limited tax exemption of a maximum of €150, which in the absence of the Conditions was also not justified.

In the indictment, the accused are accused of having knowingly and willingly caused "by virtue of their superior knowledge" about the use of the defeat device that the first buyers of the vehicles were deceived about the eligibility of the registration when concluding the contract and paying the purchase price and that the vehicle they bought was of significantly less value than the agreed and owed service.

The accused acted in an effort to generate the highest possible sales for the company with the highest possible profit. The income of the accused, in particular their contractually stipulated bonus payment, ultimately also depended on the economic success of the company.

The punishment for the accused of fraud in particularly serious cases (commercial action and causing large-scale loss of property) ranges from six months to ten years imprisonment.

The bonus payments unlawfully obtained by the accused as a result of the act must be seized from them in criminal proceedings. These are amounts that range between just under €300,000 and up to €11 million.

The responsible regional court in Braunschweig will now examine the 692-page indictment and the sufficient suspicion against the accused, presented in 300 files with around 75,000 pages, to finally decide on the admission of the indictment and, if admitted, determine dates for the main hearing. In view of the extraordinarily large scope of the investigations and their results, no prognosis can and will not be possible for the duration of this judicial review.

The public prosecutor's investigations into the remaining 36 suspects in the NOx case are ongoing. The time of their completion is open.

**For the five accused individuals, the presumption of innocence applies until a final conviction. We ask for your understanding that, beyond this notification, further details of the specific allegations against the accused cannot be given for reasons of privacy protection and the presumption of innocence. In addition, information on the exact content of the involvement of Dr. Winterkorn should be suitable to enable conclusions to be drawn about their identity.**

**Today at 3 p.m. in the offices of the Braunschweig Public Prosecutor's Office, Turnierstraße 1, the media will be given the opportunity to make camera recordings within the scope of this press release as part of a statement. A press briefing or a press conference will not take place for the reasons set out above.**

Publish

| About us | Current | Service | Contact | Careers |
|---|---|---|---|---|
| Greetings | Press information | Justice portal | | |
| Authority and business management | Press contacts | Accessibility | | |
| Responsibility | Subscription service | Forms and leaflets | | |
| Data protection | | | | |
| Imprint | | | | |
| Sitemap | | | | |



Image rights    Data protection    Contents

to the top

switch to mobile view



| | |
|---|---|
| **DATE OF TRANSLATION:** | 9-Sep-20 |
| **ELECTRONIC FILE NAME:** | Press Information, Indictment in the Diesel Scandal, Public Prosecutor Braunschweig (Apr. 15, 2019) |
| **SOURCE LANGUAGE:** | German |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0784753 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0