# EXHIBIT B



**Staatsanwaltschaft Braunschweig**

**Niedersachsen**

STARTSEITE   AKTUELLES   PRESSEINFORMATIONEN

## Marktmanipulation - Anklage gegen Winterkorn, Pötsch und Diess
PRESSEINFORMATION VOM 24.09.2019

Die Staatsanwaltschaft Braunschweig hat nach Abschluss ihrer umfangreichen Ermittlungen im sogenannten „WpHG-Verfahren" wegen Marktmanipulation vor der Wirtschaftsstrafkammer des Landgerichts Braunschweig Anklage gegen die drei Angeschuldigten Dr. Winterkorn, Pötsch und Dr. Diess erhoben. Den genannten – ehemaligen oder amtierenden- Vorstandsmitgliedern der Volkswagen AG wird vorgeworfen, entgegen der ihnen obliegenden gesetzlichen Pflicht den Kapitalmarkt vorsätzlich zu spät über die aus dem Aufdecken des sogenannten „Diesel-Skandals" resultierenden erheblichen Zahlungsverpflichtungen des Konzerns in Milliardenhöhe informiert und damit rechtswidrig Einfluss auf den Börsenkurs des Unternehmens genommen zu haben.

Zugrunde liegt dem Strafvorwurf der „Marktmanipulation" der Wille des Gesetzgebers, Vorstände börsennotierter Unternehmen dazu zu verpflichten, kursrelevante Ereignisse wie zum Beispiel erhebliche finanzielle Risiken unverzüglich nach Bekanntwerden im Rahmen einer sogenannten Ad-hoc-Mitteilung öffentlich bekannt zu machen, damit insbesondere Besitzer von Aktien ihr Kauf- oder Verkaufsverhalten darauf einstellen und Erwartungen oder Risikoeinschätzungen an die aktuelle Lage des Unternehmens anpassen können.

Dieser Verpflichtung aus dem Wertpapierhandelsgesetz sind die Angeschuldigten nach Überzeugung der Staatsanwaltschaft im Rahmen der Software-Manipulationen bei den Diesel-Motoren des Typs EA 189 nicht nachgekommen.

Zum Hintergrund:

Der Verkauf von Diesel-Fahrzeugen auf dem amerikanischen Markt war ein bedeutendes strategisches Ziel der Volkswagen AG. VW habe unter Beweis stellen wollen, dass es VW möglich ist, Umweltfreundlichkeit und Ressourcenschonung auch mit konventionellen Antriebskonzepten zu erreichen. Die Dieseltechnologie sollte als Kontrapunkt zur Hybridtechnik in den USA etabliert werden.

Da jedoch die Volkswagen-AG nicht in der Lage gewesen sei, einen Dieselmotor zu entwickeln, der imstande war, die in den USA im Jahre 2007 in Kraft getretenen strengen Abgasnormen einzuhalten, habe VW eine Softwarefunktion in den Fahrzeugen installiert, die im Prüfmodus der Fahrzeuge eine vermeintliche Einhaltung der NOx-Grenzwerte vortäuschte.

Nachdem bereits im Jahre 2014 amerikanische Behörden auf der Spur der vorgenannten Manipulationen waren, habe sich die Lage für den VW- Konzern im Frühjahr 2015 mit wachsender Erkenntnis und aufgrund beharrlicher Nachfragen der Behörden weiter zugespitzt. Es wurde zunehmend deutlich, dass mit einer Offenlegung des „Defeat Device" erhebliche finanzielle Risiken im Milliardenbereich auf das Unternehmen zukommen würden, die sich später dann tatsächlich durch Zahlungspflichten in entsprechender Höhe auch verwirklichten.

So drohte im Jahre 2015 neben Schadensersatzforderungen aller Art unter anderem der Rückkauf sämtlicher auf dem US-Markt verkaufter rund 500 000 Fahrzeuge, die mit der Manipulationssoftware ausgestattet waren, was Kosten in Höhe von etwa 16 Milliarden Euro verursacht hätte. Darüber hinaus standen nach dem US- Bundesgesetz Strafzahlungen in einer Höhe von bis zu 37 500 US-Dollar pro Fahrzeug im Raum – Gesamthöhe damit etwa 19 Milliarden US- Dollar. Schließlich war auch die Zulassung des Modelljahres 2016 sehr stark gefährdet, was nochmals einen Umsatzverlust von vier Milliarden Euro bedeutet hätte.

Den Angeschuldigten sei aufgrund der sich aus der Brisanz der Thematik ergebenden erheblichen finanziellen Folgen bewusst gewesen, dass diese dem Kapitalmarkt mitzuteilen gewesen wäre. Sie hätten jedoch jeder für sich bewusst und gewollt von der erforderlichen ad-hoc-Meldung abgesehen, um den Börsenkurs der VW-Aktien auf dem bisherigen Stand zu halten und Verluste der VW- AG zu vermeiden.

Stattdessen habe man die Strategie verfolgt, ohne Offenlegung aller relevanter Umstände mit den US- Behörden einen Vergleich zu erzielen, in dem in der Wortwahl zwar von technischen Problemen, nicht aber von einem Betrug gegenüber Behörden und Kunden die Rede sein sollte. Zu einem solchen Vergleich kam es nicht, was angesichts der Verärgerung der US-Behörden über die bis dahin von der VW-AG praktizierte Hinhaltetaktik auch zu erwarten war.

Die 636 Seiten lange Anklageschrift geht davon aus, dass der Angeschuldigte Dr. Winterkorn spätestens seit Mai 2015, der Angeschuldigte Pötsch seit dem 29.6.2015 und der Angeschuldigte Dr. Diess seit dem 27.7.2015 jeweils vollständige Kenntnis von den Sachverhalten und den daraus sich ergebenden erheblichen Schadensfolgen hatten und jeder für sich ab jenem Zeitpunkt die erforderliche ad-hoc-Mitteilung hätte veranlassen müssen, was nicht geschah.

Tatsächlich wurde der Sachverhalt erst durch die am 18.9.2015 von den US-Behörden veröffentlichte „Notice of Violation" bekannt. ---

Auch bei dieser Anklage wird das zuständige Landgericht Braunschweig nunmehr die Zulassung der Anklageschrift prüfen und im Falle der Zulassung Termine zur Hauptverhandlung bestimmen. Angesichts des Umfanges der Ermittlungen und der darauf aufgebauten Anklage ist über die Dauer dieser gerichtlichen Prüfung keine Prognose möglich.

Es wird auch in dieser Pressemitteilung erneut daran erinnert, dass für die drei Angeschuldigten bis zu einem rechtskräftigen Urteil die Unschuldsvermutung gilt.

Aus diesem Grunde können weitere Einzelheiten zu den Ermittlungsergebnissen aus Gründen des Persönlichkeitsschutzes und der Unschuldsvermutung nicht mitgeteilt werden.

**Den bildversendenden Medien wird am heutigen Tage um 15 Uhr in den Räumen der Staatsanwaltschaft Braunschweig, Turnierstraße 1, mit einem Statement der Staatsanwaltschaft Gelegenheit zu Kameraaufnahmen im Inhalt und Umfang dieser Pressemitteilung gegeben. Ein Pressegespräch oder eine Pressekonferenz finden aus den vorstehend dargelegten Gründen nicht statt.**

Klaus Ziehe

Oberstaatsanwalt

Sprecher der Staatsanwaltschaft Braunschweig

**Artikel-Informationen**

erstellt am:
24.09.2019

Ansprechpartner/in:
Oberstaatsanwalt Klaus Ziehe

Staatsanwaltschaft Braunschweig
Pressesprecher
Turnierstraße 1
38100 Braunschweig
Tel: 0531 488-1108

E-Mail an Ansprechpartner/in

Wir über uns    Aktuelles    Service    Kontakt    Karriere

Grußwort
Behörden- und Geschäftsleitung
Zuständigkeit
Datenschutz
Impressum
Sitemap

Presseinformationen
Pressekontakte
Aboservice

Justizportal
Barrierefreiheit
Formulare und Merkblätter



Bildrechte    Datenschutz    Inhaltsverzeichnis

zum Seitenanfang

zur mobilen Ansicht wechseln

Case 1:19-mc-00166-RA-SDA   Document 72-2   Filed 09/09/20   Page 4 of 6

**Public prosecutor**
**Braunschweig**



Lower Saxony

HOME PAGE　　CURRENT　　PRESS INFORMATION

## Market manipulation - charges against Winterkorn, Pötsch and Diess

**PRESS INFORMATION FROM 09/24/2019**

After completing their extensive investigations in the so-called "WpHG proceedings" for market manipulation, the Braunschweig public prosecutor brought charges against the three accused, Dr. Winterkorn, Pötsch and Dr. Diess, before the Commercial Criminal Chamber of the Braunschweig Regional Court. The aforementioned - former or incumbent - members of the Board of Management of Volkswagen AG are accused of deliberately informing the capital market too late about the significant billions in payment obligations of the group resulting from the exposure of the so-called "Diesel scandal", contrary to their legal obligations, and thus illegally exerting influence over the market price of the stock of the company.

The basis of the "market manipulation" criminal charge is the will of the legislature to oblige board members of listed companies to publish price-relevant events such as significant financial risks immediately after they become known in the context of a so-called ad hoc announcement, in particular owners of shares adjust their buying or selling behavior accordingly and adapt expectations or risk assessments to the current situation of the company.

According to the public prosecutor's office, the accused did not comply with this obligation under the Securities Trading Act in the context of the software manipulation of the EA 189 type diesel engines.

On the background:

The sale of diesel vehicles on the American market was an important strategic goal of Volkswagen AG. VW wanted to prove that it was possible for VW to achieve environmental friendliness and resource conservation with conventional drive concepts. Diesel technology should be established as a counterpoint to hybrid technology in the USA.

However, since Volkswagen AG was not in a position to develop a diesel engine able to comply with the strict emissions standards that came into force in the USA in 2007, VW installed a software function in the test mode of the vehicles that faked an alleged compliance with the NOx limit values.

After the American authorities were on the trail of the aforementioned manipulations in 2014, the situation for the VW Group worsened in spring 2015 with growing awareness and persistent inquiries from the authorities. It became increasingly clear that if the "defeat device" was disclosed, the company would face significant financial risks in the billions, which would later actually be realized through payment obligations in the corresponding amount.

In 2015, in addition to claims for damages of all kinds, there was a risk of having to repurchase around 500,000 vehicles sold on the US market that were equipped with the manipulation software, which would have resulted in costs of around €16 billion. In addition, according to US federal law, fines of up to USD 37,500 per vehicle could be applied, for a total of around USD 19 billion. Finally, the registration of the 2016 model year was also very much at risk, which would have meant further lost sales of about €4 billion.

Due to the significant financial consequences resulting from the explosive nature of the issue, the accused were aware that the capital market would have to be informed. However, each of them would have intentionally and deliberately refrained from the required ad hoc announcement in order to keep the stock market price of VW shares at the current level and to avoid losses for VW AG.

Instead, the strategy pursued was to achieve a comparison with the US authorities without disclosing all relevant circumstances, in which the choice of words should speak of technical problems, but not of fraud against authorities and customers. Such a comparison did not happen, which was to be expected in view of the annoyance of the US authorities about the delaying tactics practiced by VW AG up to that point.

The 636-page indictment assumes that the accused Dr. Winterkorn since May 2015 at the latest, the accused Pötsch since June 29, 2015 and the accused Dr. Diess since July 27, 2015, had complete knowledge of the facts and the resulting considerable damage consequences and each of them should have initiated the required ad hoc notification from that point in time, which did not happen.

In fact, the facts only became known through the "Notice of Violation" published by the US authorities on September 18, 2015.

In the case of this indictment, too, the responsible regional court in Braunschweig will now examine the admission of the indictment and, in the event of admission, determine dates for the main hearing. In view of the scope of the investigation and the indictment based on it, no prognosis is possible throughout the duration of this judicial review.

It is also reminded in this press release that the three accused are presumed to be innocent until a final judgment has been reached.

For this reason, further details on the results of the investigation cannot be communicated for reasons of privacy protection and the presumption of innocence.

**Today at 3 p.m. in the offices of the Braunschweig Public Prosecutor's Office, Turnierstraße 1, the media will be given the opportunity to make camera recordings within the scope of this press release as part of a statement. A press briefing or a press conference will not take place for the reasons set out above.**

Klaus Ziehe

Chief Public Prosecutor

Spokesperson for the Braunschweig public prosecutor

**Article information**
created on:
09/24/2019

Contact Person
Klaus Ziehe, Chief Public Prosecutor

Office of the Braunschweig public prosecutor
Press officer
Turnierstraße 1
38100 Braunschweig
Tel.: 0531 488-1108

E-mail of the contact person

8/28/2020 Market manipulation: Old Lohner Raga against Winterkorn, Pötsch and Diess | Office of the Braunschweig public prosecutor

Case 1:19-mc-00166-RA-SDA Document 72-2 Filed 09/09/20 Page 5 of 6

Publish

| About us | Current | Service | Contact | Careers |
|---|---|---|---|---|
| Greetings | Press information | Justice portal | | |
| Authority and business management | Press contacts | Accessibility | | |
| | Subscription service | | | |
| Responsibility | | Forms and leaflets | | |
| Data protection | | | | |
| Imprint | | | | |
| Sitemap | | | | |



Image rights    Data protection    Contents

to the top

switch to mobile view



| | |
|---|---|
| **DATE OF TRANSLATION:** | 9-Sep-20 |
| **ELECTRONIC FILE NAME:** | Press Information, Market Manipulation – Charges Against Winterkorn, Poetsch, and Diess, Public Prosecutor Braunschweig (Sept. 24, 2019) |
| **SOURCE LANGUAGE:** | German |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0784753 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0