# EXHIBIT C

**Galun, Dina (LG Stuttgart)**

| | |
|---|---|
| **Von:** | Landgericht Stuttgart (Poststelle) |
| **Gesendet:** | Donnerstag, 14. Juni 2018 12:59 |
| **An:** | Galun, Dina (LG Stuttgart); Ziegler, Laura (LG Stuttgart) |
| **Betreff:** | WG: Aktenzeichen 22 O 348/16 |

**Von:** Lattwein, Johannes, Porsche SE <johannes.lattwein@porsche-se.com>
**Gesendet:** Donnerstag, 14. Juni 2018 12:57
**An:** Landgericht Stuttgart (Poststelle) <Poststelle@LGStuttgart.JUSTIZ.bwl.de>
**Betreff:** Aktenzeichen 22 O 348/16

Sehr geehrte Damen und Herren,

Ihre Ladung als Zeuge zum Termin am Mittwoch, 14.11.2018 habe ich zur Kenntnis genommen. Ich stehe an diesem Tag zur Verfügung. Nach derzeitigem Stand stehen meiner Zeugenaussage keine Hinderungsgründe entgegen.

Freundliche Grüße

**Dr. Johannes Lattwein**

Leiter Finanzen | Vice President Finance
Porsche Automobil Holding SE
Porscheplatz 1
70435 Stuttgart
Deutschland

Tel    +49 711 911 – 11050
Fax    +49 711 911 – 11824

E-Mail johannes.lattwein@porsche-se.com
www.porsche-se.com

Porsche Automobil Holding SE
Sitz der Gesellschaft/Domicile: Stuttgart, Registergericht/Court of Registry: Amtsgericht Stuttgart HRB-Nr.:/Commercial Register No.: 724512
Aufsichtsrat/Supervisory Board: Dr. Wolfgang Porsche (Vorsitzender/Chairman), Dr. Hans Michel Piëch (stellv. Vorsitzender/Deputy chairman)
Vorstand/Management Board: Hans Dieter Pötsch (Vorsitzender/Chief Executive Officer), Dr. Manfred Döss, Philipp von Hagen

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefügt. Dies ist kein Anerkenntnis,
dass es sich beim Inhalt dieser E-Mail um eine rechtsverbindliche Erklärung der Porsche Automobil Holding SE
handelt. Erklärungen, die die Porsche Automobil Holding SE verpflichten, bedürfen jeweils der Unterschrift durch
zwei zeichnungsberechtigte Personen der Porsche Automobil Holding SE.

**Galun, Dina (LG Stuttgart)**

| | |
|---|---|
| **From:** | Stuttgart Regional Court (post office) |
| **Sent:** | Thursday, June 14, 2018 - 12:59 PM |
| **To:** | Galun, Dina (LG Stuttgart); Ziegler, Laura (LG Stuttgart) |
| **Subject:** | FW: File number 22 O 348/16 |

**From:** Lattwein, Johannes, Porsche SE <johannes.lattwein@porsche-se.com>
**Sent:** Thursday, June 14, 2018 - 12:57 PM
**To:** Regional Court (post office) <Poststelle@LGStuttgart.JUSTIZ.bwl.de>
**Subject:** File number 22 O 348/16

Dear Sir/Madam,

I have taken note of your summons as a witness for the appointment on Wednesday, November 14, 2018. I am available that day. As things stand at present, there are no obstacles to my testimony.

Kind regards,

**Dr. Johannes Lattwein**

Head of Finance | Vice President Finance
Porsche Automobil Holding SE
Porscheplatz 1
70435 Stuttgart
Germany

Tel.:        +49 711 911 - 11050
Fax:        +49 711 **911-** 11824

E-mail: johannes.lattwein@porsche-se.com
www.porsche-se.com


Porsche Automobil Holding SE
Company headquarters/Domicile: Stuttgart, Court of Registry: Stuttgart District Court/Commercial Register No.: 724512
Supervisory Board: Dr. Wolfgang Porsche (Chairman), Dr. Hans Michel Piëch (Deputy chairman)
Management Board: Hans Dieter Pötsch (Chairman/Chief Executive Officer), Dr. Manfred Döss, Philipp von Hagen

Important note: The above information is automatically added to each e-mail. This is not an acknowledgement that the content of this e-mail is a legally binding declaration by Porsche Automobil Holding SE. Declarations which bind Porsche Automobil Holding SE shall require the signature of two authorized signatories of Porsche Automobil Holding SE.



| | |
|---|---|
| **DATE OF TRANSLATION:** | 9-Sep-20 |
| **ELECTRONIC FILE NAME:** | June 14, 2018 Email from Johannes Lattwein |
| **SOURCE LANGUAGE:** | German |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0784753 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0