# EXHIBIT D

Porsche Automobil Holding SE, Porscheplatz 1, 70435 Stuttgart, Deutschland

Landgericht Stuttgart
Urbanstraße 20
70182 Stuttgart

Eingegangen
2 5. Juni 2018
HENGELER MUELLER

Porsche Automobil Holding SE
Porscheplatz 1
70435 Stuttgart
Telefon: 0711 911 11020
Telefax: 0711 911 11819
Mobil:

Ihre Nachricht vom:

Ihre Zeichen:

Unsere Zeichen:

Stuttgart, 14. Juni 2018

**In Sachen Greenwich (Japan) Limited u.a. / Porsche Automobil Holding SE wg.
Schadensersatzforderungen aus § 37 b WpHG**

**Aktenzeichen -  22 O 348/16 -**

Sehr geehrte Damen und Herren,

Ihre Ladung als Zeuge zum Termin am 14. November 2018 habe ich zur Kenntnis genommen. Ich stehe an diesem Tag zur Verfügung. Nach derzeitigem Stand stehen meiner Zeugenaussage keine Hinderungsgründe entgegen.

Mit freundlichen Grüßen

Dr. Albrecht Bamler
Leiter Unternehmenskommunikation

F.SE.2001-17.06

Porsche Automobil Holding SE
Sitz der Gesellschaft: Stuttgart, Registergericht: Amtsgericht Stuttgart HRB-Nr. 724512
Aufsichtsrat: Dr. Wolfgang Porsche (Vorsitzender), Dr. Hans Michel Piëch (stellv. Vorsitzender)
Vorstand: Hans Dieter Pötsch (Vorsitzender), Dr. Manfred Döss, Philipp von Hagen

Porsche Automobil Holding SE, Porscheplatz 1, 70435 Stuttgart, Germany

[Stamp:]

**Received**

**June 25, 2018**

HENGELER MOELLER

Stuttgart Regional Court
Urbanstrasse 20
70182 Stuttgart

Porsche Automobil Holding SE
Porscheplatz 1
70435 Stuttgart
Telephone: 0711 911 11020
Fax: 0711 911 11819
Cell phone:

[Signature]

[Stamp:]
Gemensan/illegible/mailing
site/illegible/

**Received**

**June 19, 2018** [Hw: ] *19/4*

Your message from:
Your reference:
Our reference:

Stuttgart, June 14, 2018

**In the matter of Greenwich (Japan) Limited, among others /Porsche Automobil Holding SE, v. Claims for damages from §37b WPhG**

**File number 22 O 348/16**

Dear Sir/Madam,

I have taken note of your summons as a witness for the hearing on Wednesday, November 14, 2018. I am available that day. As things stand at present, there are no obstacles to my testimony.

Best regards,

[Signature]

Dr. Albrecht Bamler
Head of Corporate Communications

F.SE.2001-17.06

Porsche Automobil Holding SE
Company headquarters: Stuttgart, Registry Court: Stuttgart District Court HRB No. 724512
Supervisory Board: Dr. Wolfgang Porsche (Chairman), Dr. Hans Michel Piëch (Deputy chairman)
Executive Board: Hans Dieter Pötsch (Chairman), Dr. Manfred Döss, Philipp von Hagen



**DATE OF TRANSLATION:**              9-Sep-20

**ELECTRONIC FILE NAME:**            June 14, 2018 Letter from Dr. Albrecht Bamler

**SOURCE LANGUAGE:**                 German

**TARGET LANGUAGE:**                 English

**TRANSPERFECT JOB ID:**             US0784753

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0