# EXHIBIT E

813: a)

Dr. Holger Pittroff

Redacted - Sensitive
Information

Frankfurt am Main

An das

Landgericht Stuttgart

Urbanstraße 20

70182 Stuttgart

Gemeinsame Postannahmestelle
Justizbehörden Stuttgart

Eing  2 5. Juni  2018

Frankfurt am Main, 21. Juni 2018

**Aktenzeichen 22 O 348/16**

Sehr geehrte Damen und Herren,

Ihre Ladung zum Termin am 14.11.2018 habe ich erhalten. Diese wurde mir von
der Porsche Automobil Holding SE weitergeleitet. Mein Arbeitsverhältnis mit
der Porsche Automobil Holding SE endete zum 31. Januar 2017.

Ich bitte Sie daher mich zukünftig über die o.g. Privatadresse zu kontaktieren.
Versehentlich wurde zudem mein Nachname in der Ladung falsch geschrieben
(„Pitroff" statt „Pittroff").

Einer Zeugenaussage stehen nach derzeitigem Stand aus meiner Sicht keine
Hinderungsgründe entgegen.

Mit freundlichen Grüßen

Dr. Holger Pittroff

[Hw:] *813 a)*

Dr. Holger Pittroff

Redacted - Sensitive
Information

Frankfurt am Main

[Stamp:]
/ illegible / post office /
illegible / Stuttgart
**Received**
**June 25. 2018**

To the

Stuttgart Regional Court

Urbanstrasse 20

70182 Stuttgart

Frankfurt am Main, June 21,
2018

**File number 22 O 348/16**

Dear Sir/Madam,

I received your invitation for the appointment on November 14, 2018. This was
forwarded to me by Porsche Automobil Holding SE. My employment
relationship with Porsche Automobil Holding SE ended on January 31, 2017.

✓ [Hw:] PC

I would therefore ask you to contact me at the above private address in the
future. In addition, my last name was accidentally misspelled in the summons
("Pitroff" instead of "Pittroff") [Hw:] ü

As things stand at present, there are no obstacles to my testimony.

Best regards,

[Signature]
Dr. Holger Pittroff



**DATE OF TRANSLATION:**  9-Sep-20

**ELECTRONIC FILE NAME:**  June 21, 2018 Letter from Dr. Holger Pittroff

**SOURCE LANGUAGE:**  German

**TARGET LANGUAGE:**  English

**TRANSPERFECT JOB ID:**  US0784753

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0