# Exhibit E

| | |
|---|---|
| **From:** | Miles, Christopher R. |
| **Sent:** | Tuesday, January 14, 2020 2:36 PM |
| **To:** | Joshua K. Bromberg |
| **Cc:** | Han, Suhana S.; Dato, Tyler M.; Graham, Christopher A.; Marc Rosen; David Parker |
| **Subject:** | RE: PSE/Elliott Section 1782 Teleconference |

Joshua,

We disagree that it would "of course" be unduly burdensome for Elliott to review the additional 22,000 documents identified by the expanded search and with your claim that the "vast majority" of the 22,000 documents necessarily will be not responsive to the subpoenas. However, in the interest of moving this process forward, we are willing to agree to your December 17 proposal as a first step for identifying documents responsive to Request 6. PSE reserves the right to seek supplemental searches in the circumstance that, after PSE's review of documents produced by Elliott, PSE believes that the December 17 search proposal did not adequately capture documents responsive to Request 6.

We will review the representative examples of the position reports when you send them to us. Elliott's review process should begin now and productions should not be delayed until after resolution of that issue.

Please also confirm that you are commencing your review of the documents captured by the search terms we provided for Request 7.

Regards,
Chris

**From:** Joshua K. Bromberg
**Sent:** Monday, January 13, 2020 7:53 PM
**To:** Miles, Christopher R.
**Cc:** Han, Suhana S. ; Dato, Tyler M. ; Graham, Christopher A. ; Marc Rosen ; David Parker
**Subject:** [EXTERNAL] Re: PSE/Elliott Section 1782 Teleconference

Chris,

With respect your inquiry regarding a search term connector of AND rather than /10, we've been advised that it results in 23,989 hits and 37,181 hits when families are included.

Of course, it would be unduly burdensome for Elliott to review an additional 22,000 documents given that the vast majority will not be responsive to the document subpoena. Accordingly, please confirm your agreement to the /10 proximity connector and additional proposed terms set forth in my December 17 email, so that we can commence our formal review.

We expect to be able to provide the representative examples of position reports soon (which documents will represent the commencement of our rolling production), and are following up with our client regarding investment committee memoranda, per your request.

Kind regards,
JKB

**From:** Joshua K. Bromberg
**Sent:** Thursday, January 9, 2020 8:59 AM
**To:** Miles, Christopher R. <MilesC@sullcrom.com>
**Cc:** Han, Suhana S. <HanS@sullcrom.com>; Dato, Tyler M. <datot@sullcrom.com>; Graham, Christopher A. <grahamch@sullcrom.com>; Marc Rosen <mrosen@kkwc.com>; David Parker <dparker@kkwc.com>
**Subject:** RE: PSE/Elliott Section 1782 Teleconference

Chris,

As you know, I was on vacation when we spoke and returned to the office this week. We are following up on your queries and expect to provide the information shortly.



**JOSHUA K. BROMBERG**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, New York, NY 10176
D: (212) 880-9895 | F: (212) 986-8866
jbromberg@kkwc.com
www.kkwc.com [kkwc.com]

---

**From:** Miles, Christopher R. [mailto:MilesC@sullcrom.com]
**Sent:** Wednesday, January 08, 2020 6:35 AM
**To:** Joshua K. Bromberg
**Cc:** Han, Suhana S.; Dato, Tyler M.; Graham, Christopher A.; Marc Rosen; David Parker
**Subject:** RE: PSE/Elliott Section 1782 Teleconference

Counsel,

I am following up on last week's call. You stated that you would provide to us search term hit counts for a revised version of your December 17, 2019 search term proposal with an "AND" limiter rather than "/10". You also agreed to send us representative examples of reports of Elliott's positions captured by your current search that you believe would be unduly burdensome to produce because the reports include information that you believe is non-responsive and that you intend to redact if produced. You also informed us that you would discuss with your client the location of any relevant investment committee memoranda.

Please let us know when you anticipate sending the search term hit counts and the representative reports and whether you have had an opportunity to discuss the location of investment committee memoranda with your client.

Regards,
Chris

---

**From:** Joshua K. Bromberg <JBromberg@kkwc.com>
**Sent:** Friday, December 27, 2019 8:53 AM
**To:** Miles, Christopher R. <MilesC@sullcrom.com>
**Cc:** Han, Suhana S. <HanS@sullcrom.com>; Dato, Tyler M. <datot@sullcrom.com>; Graham, Christopher A. <grahamch@sullcrom.com>; Marc Rosen <mrosen@kkwc.com>; David Parker <dparker@kkwc.com>
**Subject:** [EXTERNAL] RE: PSE/Elliott Section 1782 Teleconference

Thanks Chris. We'll speak to you on Monday.