# Exhibit I

**From:** Graham, Christopher A.
**Sent:** Monday, July 27, 2020 11:59 AM
**To:** Joshua K. Bromberg <JBromberg@kkwc.com>; Stamenova-Dancheva, Antonia E. <Stamenovaa@sullcrom.com>
**Cc:** Han, Suhana S. <HanS@sullcrom.com>; Marc Rosen <mrosen@kkwc.com>; David Parker <dparker@kkwc.com>
**Subject:** RE: In re Ex Parte Application of Porsche Automobil Holding SE, Case No.19-mc-0166-RA-SDA

Joshua,

We look forward to speaking tomorrow at 3 pm. As discussed, below is a list of discussion topics.

1. **Production of the type of documents included in ELLIOTT_00000002 – 00000257.**

2. **Fields omitted from ELLIOTT_00000001, including the "Hedge" field.**

3. **Incomplete Document Images**: As requested in your June 29 email, below are bates numbers for the documents with information missing or cut off, which we request Elliott re-image or produce natively:
   - ELLIOTT_00004936
   - ELLIOTT_00004938
   - ELLIOTT_00004943
   - ELLIOTT_00004945
   - ELLIOTT_00004947
   - ELLIOTT_00004949
   - ELLIOTT_00004951
   - ELLIOTT_00004953
   - ELLIOTT_00004957
   - ELLIOTT_00004955
   - ELLIOTT_00004959
   - ELLIOTT_00004961
   - ELLIOTT_00004962
   - ELLIOTT_00005005
   - ELLIOTT_00005016
   - ELLIOTT_00005023
   - ELLIOTT_00005034

4. **Deposition:** We would like to move forward with scheduling the deposition, which we expect will be conducted remotely. Please let us know your availability in September.

5. **Privilege Log**: Please let us know when we can expect to receive Elliott's privilege log. Also, please confirm that any privilege Elliott asserts will be specified by individual document, so that PSE is able to assess Elliott's claim of privilege as provided by FRCP 26(b)(5)(A).

Best regards,
Chris

---

**From:** Joshua K. Bromberg
**Sent:** Tuesday, July 21, 2020 10:30 AM
**To:** Stamenova-Dancheva, Antonia E.
**Cc:** Han, Suhana S. ; Graham, Christopher A. ; Marc Rosen ; David Parker
**Subject:** [EXTERNAL] Re: In re Ex Parte Application of Porsche Automobil Holding SE, Case No.19-mc-0166-RA-SDA

Confirming 3 p.m. on 7/28. Thank you.

**Joshua K. Bromberg**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue, New York, NY 10110
D: (212) 880-9895 | F: (212) 986-8866
jbromberg@kkwc.com
www.kkwc.com [kkwc.com]

> On Jul 20, 2020, at 6:53 PM, Stamenova-Dancheva, Antonia E. <Stamenovaa@sullcrom.com> wrote:
>
> Joshua,
>
> We can speak at 3 p.m. on 7/28. We'll send a list of discussion items and a dial-in ahead of our call.
>
> Best,
> Antonia
>
> ---
>
> **From:** Joshua K. Bromberg <JBromberg@kkwc.com>
> **Sent:** Monday, July 20, 2020 1:57 PM
> **To:** Stamenova-Dancheva, Antonia E. <Stamenovaa@sullcrom.com>; Han, Suhana S. <HanS@sullcrom.com>; Graham, Christopher A. <grahamch@sullcrom.com>
> **Cc:** Marc Rosen <mrosen@kkwc.com>; David Parker <dparker@kkwc.com>
> **Subject:** [EXTERNAL] RE: In re Ex Parte Application of Porsche Automobil Holding SE, Case No.19-mc-0166-RA-SDA
>
> Antonia,
>
> I am out of the country this week. Our team can be available for a call after noon on 7/28, after 3pm on 7/29, or any time after 10:30am on 7/30 or 7/31.
>
> Please let us know some times that work for you. If you can also tell us specifically what you would like to discuss, that would be helpful.
>
> Kind regards,
> JKB