# Exhibit 2

Beglaubigte Abschrift

# Hengeler Mueller

Hengeler Mueller · Postfach 17 04 18 · 60078 Frankfurt am Main

An das
Oberlandesgericht Celle
1. Kartellsenat
Schloßplatz 2
29221 Celle

Dr. Markus Meier
Partner

Dr. Philipp Hanfland
Partner

Direktwahl
Direct Number
+49 69 17095-370

E-Mail der Absender
Senders' E-mail
markus.meier@hengeler.com
philipp.hanfland@hengeler.com

Bockenheimer Landstraße 24
60323 Frankfurt am Main
Telefon +49 69 17095-0
Telefax +49 69 17095-099
www.hengeler.com



Frankfurt am Main, 28. Juli 2017
86306344v1

In dem Musterverfahren

ARFB Anlegerschutz UG                    Tilp Litigation Rechtsanwaltsgesellschaft mbH,
                                         Kirchentellinsfurt

gegen

1.   Porsche Automobil Holding SE        RAe Hengeler Mueller, Frankfurt am Main
                                         RAe Dres. Markus Meier und Philipp Hanfland

2.   Volkswagen AG                       RAe Göhmann, Braunschweig


## - 13 Kap 1/16 -

wird zum Schriftsatz der Musterklägerin vom 1. Mai 2017 ("Musterklage") wie folgt Stellung genommen:

migung durch die Bundesanstalt für Finanzdienstleistungsaufsicht ("BaFin") am 30. April 2007 veröffentlicht. Den Aktionären der Musterbeklagten zu 2 wurden EUR 100,92 je Volkswagen-Stammaktie und EUR 65,54 je Volkswagen-Vorzugsaktie geboten. Das entsprach jeweils dem gesetzlichen Mindestpreis.

> Beweis: 1. Pressemitteilung Nr. 26/07 der Musterbeklagten zu 1 vom 30. April 2007
>
> - Anlage MBPor 67 -
>
> 2. Angebotsunterlage für das Pflichtangebot der Musterbeklagten zu 1 an die Aktionäre der Musterbeklagten zu 2 vom 26. April 2007 (Auszug; Anlage MBPor 50), S. 30 f.

91 Bis zum Ablauf der Annahmefrist wurden der Musterbeklagten zu 1 – wie vom Vorstand der Musterbeklagten zu 1 zum damaligen Zeitpunkt erwartet – nur wenige (ca. ein Prozent) Volkswagen-Stammaktien zum Kauf angeboten. Den Erwerb der angebotenen Aktien finanzierte die Musterbeklagte zu 1 aus vorhandener Liquidität.

> Beweis: Pressemitteilung Nr. 36/07 der Musterbeklagten zu 1 vom 4. Juni 2007
>
> - Anlage MBPor 68 -

e) *Entscheidung zur Aufstockung der Beteiligung auf über 50 %*

92 aa) Die Erwartungen, die die Musterbeklagte zu 1 in die Kooperation mit der Musterbeklagten zu 2 gesetzt hatte (namentlich eine Vertiefung und Erweiterung der Fertigungs- und Technologiepartnerschaft), erfüllten sich in der Folgezeit nur bedingt. Selbst der Informationsaustausch zwischen den Unternehmen gestaltete sich schwierig.

93 Der Vorstand der Musterbeklagten zu 1 beschloss daher am 3. März 2008, die Beteiligung an der Musterbeklagten zu 2 auf über 50 % (nicht: über 75 %, gegen Musterklage, Rn. 964) des Grundkapitals zu erhöhen. Nach Einschätzung der Musterbeklagten zu 1 würde die

faktische Konzernierung der Musterbeklagten zu 2 der Musterbeklagten zu 1 in strategischen, kaufmännischen und technischen Themen einen hinreichenden Einfluss auf die Geschäftspolitik der Musterbeklagten zu 2 sichern, um das Ziel einer zukunftsfähigen strategischen Allianz zwischen der Musterbeklagten zu 1 und der Musterbeklagten zu 2 zu erreichen.

    Beweis:    1.    Zeugnis Dr. Wendelin Wiedeking, b.b.

                    2.    Zeugnis Holger P. Härter, b.b.

94    Dem Beschluss des Vorstands, die Beteiligung an der Musterbeklagten zu 2 auf über 50 % des Grundkapitals zu erhöhen, stimmte der Aufsichtsrat der Musterbeklagten zu 1 in seiner im Anschluss an die Beschlussfassung im Vorstand stattfindenden Sitzung zu und ermächtigte den Vorstand, alle dafür notwendigen aufsichts- und kartellrechtlichen Schritte einzuleiten. Über die Beschlussfassung informierte die Musterbeklagte zu 1 mit einer Ad-hoc-Mitteilung und einer Pressemitteilung.

    Beweis:    1.    Ad-hoc-Mitteilung der Musterbeklagten zu 1 vom 3. März 2008

- Anlage MBPor 69 -

                    2.    Pressemitteilung Nr. 07/08 der Musterbeklagten zu 1 vom 3. März 2008

- Anlage MBPor 70 -

95    In der Pressemitteilung über die Ermächtigung wies die Musterbeklagte zu 1 darauf hin, dass der Erwerb der Mehrheit der Volkswagen-Stammaktien die vorherige Freigabe durch die Aufsichts- und Kartellbehörden erfordere und die Prüfung durch die Behörden einige Monate dauern werde.

    Beweis:    Pressemitteilung Nr. 07/08 der Musterbeklagten zu 1 vom 3. März 2008 (Anlage MBPor 70)

96    bb)    Die Entscheidung, die Volkswagen-Beteiligung auf über 50 % der

Certified copy

# HENGELER MUELLER

| | |
|---|---|
| Hengeler Mueller • Postfach 17 04 18 • 60078 Frankfurt am Main | Dr. Markus Meier<br>Partner |
| To the<br>Celle Higher Regional Court<br>1st Antitrust Panel<br>Schlossplatz 2<br>29221 Celle | Dr. Philipp Hanfland<br>Partner<br><br>Direct number<br>+49 69 17095-370<br><br>Sender's email<br>markus.meier@hengeler.com<br>philipp.hanfland@hengeler.com<br><br>Bockenheimer Landstrasse 24<br>60323 Frankfurt am Main<br>Telephone +49 69 17095-0<br>Fax +49 69 17095-099<br>www.hengeler.com |

[stamp]
Celle Higher Regional Court
Rec'd JULY 31, 2017
No. of copies.... .... Vol. .... Book
..... Exh.

Frankfurt am Main, July 28, 2017
86306344v1

In the model case proceeding of

| | |
|---|---|
| ARFB Anlegerschutz | Tilp Litigation Rechtsanwaltsgesellschaft mbH, Kirchentellinsfurt |

v.

| | | |
|---|---|---|
| 1. | Porsche Automobil Holding SE | Hengeler Mueller, attorneys at law, Frankfurt am Main<br>Drs. Markus Meier and Philipp Hanfland, attorneys at law |
| 2. | Volkswagen AG | Göhmann, attorneys at law, Braunschweig |

**- 13 Kap 1/16 -**,

the following response to the Model Case Plaintiff's pleading dated May 1, 2017 ("Model Case Complaint"), is hereby submitted:

BERLIN • DÜSSELDORF • FRANKFURT • MUNICH • BRUSSELS • LONDON • SHANGHAI
Partnerschaft von Rechtsanwälten mbB [attorney partnership with limited professional liability], registered office: Berlin, Berlin-Charlottenburg Distrct Court PR291

HENGELER MUELLER                                                                                         26

[...] published by the Federal Financial Supervisory Authority ("BaFin") on April 30, 2007. The shareholders of Model Case Defendant no. 2 were offered EUR 100.92 per Volkswagen common share and EUR 65.54 per Volkswagen preferred share. This corresponded in each case to the statutory minimum price.

  <u>Evidence:</u>  1. Press release no. 26/07 of Model Case Defendant no. 1 dated April 30, 2007

**- Exhibit MBPor 67 -**

      2. Offer document for the mandatory offer of Model Case Defendant no. 1 to the shareholders of Model Case Defendant no. 2 dated April 26, 2007 (extract; Exhibit MBPor 50), pp. 30-31.

91 By the expiration of the acceptance period, only few Volkswagen common shares (approx. one percent) had been offered to Model Case Defendant no. 1 for sale - as expected by the management board of Model Case Defendant no. 1 at that point in time. Model Case Defendant no. 1 financed the acquisition of the offered shares from existing liquidity.

  <u>Evidence:</u>  Press release no. 36/07 of Model Case Defendant no. 1 dated June 4, 2007

**- Exhibit MBPor 68 -**

 e) *Decision to increase the equity interest to over 50%*

92 aa) The expectations that Model Case Defendant no. 1 had placed in the cooperation with Model Case Defendant no. 2 (namely, a broadening and expansion of the production and technology partnership) were only met to a limited extent in the ensuing period. Even the exchange of information between the companies proved to be difficult.

93 The management board of Model Case Defendant no. 1 therefore resolved on March 3, 2008, to increase the equity interest in Model Case Defendant no. 2 to over 50% of the capital stock (not 75%, contrary to model case complaint, margin no. 964). In the assessment of Model Case Defendant no. 1, the formation of a de facto group of Model Case Defendant no. 2 and Model Case Defendant no. 1 would ensure adequate influence over the business policy of Model Case Defendant no. 2 in strategic, commercial, and technical matters, in order to achieve the goal of a sustainable strategic alliance between Model Case Defendant no. 1 and Model Case Defendant no. 2.

HENGELLER MUELLER                                                                                                                    27

    <u>Evidence:</u>  1.  Testimony of Dr. Wendelin Wiedeking, already named

           2.  Testimony of Holger P. Härter, already named

94  At its meeting that was held following resolution adoption by the management board, the supervisory board of Model Case Defendant no. 1 consented to the management board's resolution to increase the equity interest in Model Case Defendant no. 2 to over 50% of the capital stock and authorized the management board to initiate all supervisory and antitrust steps necessary for that purpose. Model Case Defendant no. 1 announced the resolution adoption by means of an ad hoc communication and press release.

    <u>Evidence:</u>  1.  Ad hoc communication by Model Case Defendant no. 1 dated March 3, 2008

                       **- Exhibit MBPor 69 -**

           2.  Press release no. 07/08 by Model Case Defendant no. 1 dated March 3, 2008

                       **- Exhibit MBPor 70 -**

95  In the press release concerning the authorization, Model Case Defendant no. 1 pointed out that the acquisition of the majority of the Volkswagen common shares required prior clearance by the supervisory and antitrust authorities and that the review by the authorities would take a few months.

    <u>Evidence:</u>  Press release no. 07/08 by Model Case Defendant no. 1 dated March 3, 2008 (Exhibit MBPor 70)

96  bb)  The decision [...] the Volkswagen equity interest to over 50% of the [...]



| | |
|---|---|
| **DATE OF TRANSLATION:** | 29-Sep-20 |
| **ELECTRONIC FILE NAME:** | Response to the Model Case Plaintiff's pleading dated May |
| **SOURCE LANGUAGE:** | GERMAN |
| **TARGET LANGUAGE:** | ENGLISH |
| **TRANSPERFECT JOB ID:** | US0808251 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

1, 2017 ("Model Case Complaint")