# Exhibit 3

# VW-Dieselskandal Ermittlungen gegen Pötsch und Müller eingestellt

🔵 **tagesschau.de**/wirtschaft/porsche-ermittlungen-poetsch-101.html



**Sie müssen kein Gerichtsverfahren wegen Marktmanipulation in der Dieselaffäre mehr fürchten: Porsche-SE-Chef Pötsch und Ex-VW-Chef Müller. Die Staatsanwaltschaft Stuttgart hat die Ermittlungen eingestellt.**

Nach dem Landgericht Braunschweig hat nun auch die Stuttgarter Staatsanwaltschaft das Verfahren gegen den Chef der VW-Holding Porsche SE, Hans Dieter Pötsch, eingestellt. Für Ex-VW-Chef Matthias Müller ist der Fall ebenfalls erledigt. Es werde nicht mehr ermittelt, teilte eine Sprecherin der Staatsanwaltschaft Stuttgart mit. Nur Müllers Vorgänger Martin Winterkorn, der wegen des Dieselskandals 2015 zurücktrat, steht weiter im Fokus der Justiz.

## Einstellung gegen Geldauflage

Rund dreieinhalb Jahre wurde gegen Pötsch und Müller ermittelt. Der Vorwurf: Marktmanipulation. Die VW-Spitze soll die Anleger der Porsche SE absichtlich zu spät über die Abgasmanipulation und die damit zusammenhängenden wirtschaftlichen Folgen informiert haben.

Vorwurf der Marktmanipulation



## Verfahren gegen VW-Spitze wird eingestellt

Gegen eine Millionenzahlung soll das Strafverfahren gegen die VW-Spitzen Diess und Pötsch eingestellt werden. | **19.05.2020**

Im Mai war vor dem Landgericht Braunschweig ein Strafverfahren gegen Pötsch und VW-Vorstandschef

Herbert Diess vor Prozessbeginn gegen Zahlung einer Geldauflage von jeweils 4,5 Millionen Euro beendet worden. Auch in Stuttgart wurde eine Zahlung fällig - diesmal 1,5 Millionen Euro, aber nur für Pötsch. Wie auch im Braunschweiger Verfahren übernimmt Porsche SE die Rechnung.

Über dieses Thema berichtete MDR Aktuell am 20. August 2020 um 15:30 Uhr.

# Investigations against Pötsch and Müller closed

Status date: 8/20/2020 14:05

Beginning of page

**They no longer have to fear a judicial proceeding concerning market manipulation in the diesel affair: Porsche-SE head Pötsch and ex-VW head Müller. The Stuttgart State Attorney's Office has closed the investigations.**

Following the Braunschweig Regional Court, the Stuttgart State Attorney's Office has now also closed the proceeding against the head of VW-Holding Porsche, Mr. Hans Dieter Pötsch. The case is likewise resolved for ex-VW head Matthias Müller. There will no further investigation, a spokesperson for the Stuttgart State Attorney's Office announced. Only Müller's predecessor Martin Winterkorn, who resigned in 2015 due to the diesel scandal, will remain the focus of the judicial system.

## Closure in exchange for payment of a monetary sum

Pötsch and Müller were investigated for about three and a half years. The acccusation: Market manipulation. VW leadership is said to have intentionally failed to inform investors of Porsche SE in a timely manner of the exhaust gas manipulation and the economic consequences associated therewith.



Accusation of market manipulation
**Proceeding against VW leadership being closed**
The criminal investigation against VW leaders Diess and Pötsch is said to be being closed in exchange for a payment in the millions. | **5/19/2020**

In May, a criminal proceeding against Pötsch and VW CEO Herbert Diess before the Braunschweig Regional Court was ended prior to the beginning of trial in exchange for payment of a monetary sum of 4.5 million each. A payment also

became due in Stuttgart - this time 1.5 million euros, but only for Pötsch. As in the Braunschweig proceeding, Porsche SE will be picking up the tab.



**DATE OF TRANSLATION:**            29-Sep-20

**ELECTRONIC FILE NAME:**          Article – Investigations against Pötsch and Müller closed

**SOURCE LANGUAGE:**               GERMAN

**TARGET LANGUAGE:**               ENGLISH

**TRANSPERFECT JOB ID:**           US0808251

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0