UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/15/2021
```

*In Re Ex Parte* Application of Porsche Automobil Holding S.E.

19-MC-166 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On or before October 29, 2021, the parties are directed to file an update on the status of this case, including whether it can now be administratively closed.

SO ORDERED.

Dated:   October 15, 2021
         New York, New York

Ronnie Abrams
United States District Judge