```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE EX PARTE* APPLICATION OF
PORSCHE AUTOMOBIL HOLDING S.E.

19-MC-166 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On or before May 27, 2022, the parties are directed to file an update on the status of this case, including whether it can now be closed.

SO ORDERED.

Dated:   May 18, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge